# Ogletree
# Deakins

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*
599 Lexington Ave, Fl 17
New York, New York 10022
Telephone: 212.492.2500
Facsimile: 212-492-2501
www.ogletree.com

Evan B. Citron
212-492-2068
evan.citron@ogletree.com

May 19, 2023

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Judge
U.S. District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *Ashleigh Awusie v. Hudson Yards Catering, LLC et al*
              Case No. 1:22-cv-03162

Dear Judge Engelmayer:

    We represent defendants Hudson Yards Catering, LLC and Alan Zurita (collectively "Defendants") in the above-referenced action. We write on behalf of the parties, and in accordance with Rule 1.E. of Your Honor's Individual Rules and Practices, we respectfully write to request an extension of the discovery deadlines in this case.

    The parties have been engaging in ongoing settlement discussions and have been devoting their resources to trying to resolve the matter. In light of that development, the parties respectfully request an extension of the scheduling order and propose the following deadlines:

- Deadline for completion of all fact discovery, including depositions – August 18, 2023; and

- Deadline for completion of expert discovery, including depositions – October 20, 2023.

The parties also respectfully request that the telephonic conference presently scheduled for June 27, 2023, at 10:00 a.m. be adjourned to after the new date of the close of fact discovery. This is the parties' first request to extend the discovery deadlines in this matter.

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington

The Honorable Paul A. Engelmayer
May 19, 2023
Page 2

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By: /s/ *Evan B. Citron*
    Evan B. Citron
    Jessica R. Schild

cc: All counsel of record

Granted. The Court reschedules the telephonic case management conference to September 20, 2023, at 10am.

SO ORDERED.

*[signature]*

PAUL A. ENGELMAYER
United States District Judge
May 22, 2023