# JacksonLewis

Jackson Lewis P.C.
666 Third Avenue
New York NY 10017-4030
(212) 545-4080 Direct
(212) 972-3213 Fax
Richard.Greenberg@JacksonLewis.com

October 5, 2023

**VIA ECF**

Hon. Paul A. Engelmayer, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

        Re:    **Awusie v. Hudson Yards Catering, LLC, et al.**
                    **Case No. 1:22-cv-03162 (PAE)**

Dear Judge Engelmayer:

        We represent Defendants Hudson Yards Catering, LLC and Alan Zurita in the above-referenced matter. We write with Plaintiff's consent to respectfully request that the current discovery schedule be extended by two weeks so that the interim dates for fact discovery are as follows:

| Action | Current Deadline | Proposed Deadline |
|---|---|---|
| Defendants will serve all documents and ESI | 10/06/2023 | 10/20/2023 |
| All fact discovery and depositions will be completed | 10/31/2023 | 11/14/2023 |
| All expert discovery will be completed | 11/30/2023 | 12/14/2023 |

        Our firm was retained to represent Defendants in early September (see ECF No. 38). While previous counsel requested extensions to this deadline, this is present counsel's first request. By way of an update, and for context, we were retained immediately following the last court conference and immediately made and have maintained communication with Plaintiff's counsel. Further, we served amended responses to Plaintiff's discovery requests on September 30, 2023. In order to streamline ESI production, we also requested to confer with Plaintiff's counsel regarding terms and custodians for ESI searches and did so on September 19. Counsel provided us their proposed terms on September 21, and after some back and forth we finalized search terms on September 27. The searches were completed on October 3, 2023 and we engaged a vendor for

review. The vendor estimates that we will be able to start review of the documents on Friday, October 6.

While we have been working diligently to meet each deadline, we were simply not aware of the scope of the ESI review and production at the time we were retained. It is not delay on our part, but the inherent time it takes to complete this process that has prevented us from completing ESI production this week. Accordingly, we need the extra time to review the documents and prepare the production.

We also need additional time to complete depositions, as Plaintiff's counsel has informed us that they plan on taking five depositions, and we plan on taking Plaintiff's deposition, information we only learned after our retention.

We thank the Court for its attention to this matter.

Respectfully submitted,

JACKSON LEWIS P.C.

/s/ Richard I. Greenberg

Richard I. Greenberg

cc: All Counsel (Via ECF)

GRANTED. The Court thanks the parties for this update.

SO ORDERED.

Dated: October 5, 2023
New York, New York

PAUL A. ENGELMAYER
United States District Judge