# JacksonLewis

Jackson Lewis P.C.
666 Third Avenue
New York NY 10017-4030
(212) 545-4080 Direct
(212) 972-3213 Fax
Richard.Greenberg@JacksonLewis.com

November 6, 2023

**VIA ECF**

Hon. Paul A. Engelmayer, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  **Awusie v. Hudson Yards Catering, LLC, et al.**
     **Case No. 1:22-cv-03162 (PAE)**

Dear Judge Engelmayer:

We represent Defendants Hudson Yards Catering, LLC and Alan Zurita in the above-referenced matter. We write with Plaintiff's consent to respectfully request that the current discovery schedule be extended by thirty days so that the discovery schedule is as follows:

| Action | Current Deadline | Proposed Deadline |
|---|---|---|
| All fact discovery and depositions will be completed | 11/14/2023 | 12/14/2023 |
| All expert discovery will be completed | 12/14/2023 | 1/14/2024 |

Both Parties have been working diligently to complete discovery since our firm was retained to represent Defendants in early September (see ECF No. 38) and we completed production of ESI on October 20, 2023, as planned. Now we are waiting for Plaintiff's medical providers to send us her records so that we can take her deposition and ensure all relevant issues are covered in one sitting. It is unclear as of now whether we will have the records by the current deposition deadline of November 14, as we received authorizations back on or about October 10, 2023, and despite promptly forwarding to providers have not received any responses to date. Accordingly, we respectfully request the additional time to be able to procure and review said records prior to taking Plaintiff's deposition, particularly in light of upcoming holidays.

      This is the second request for an extension of this deadline since our firm was retained by Defendants. Our previous request was granted.

      We thank the Court for its attention to this matter.

                                         Respectfully submitted,

                                           JACKSON LEWIS P.C.

                                           *s/*Richard I. Greenberg
                                           Richard I. Greenberg

cc:    All Counsel (Via ECF)

                Granted. The Court *sua sponte* reschedules the next case management conference in this case to Tuesday, January 16, 2024, at 2 p.m. SO ORDERED.

                                                   *Paul A. Engelmayer*

Dated: November 6, 2023                PAUL A. ENGELMAYER
       New York, New York           United States District Judge