UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ASHLEIGH AWUSIE,

                              Plaintiff,

                 -against-

HUDSON YARDS CATERING, LLC and

ALAN ZURITA,

                            Defendants.

-----------------------------------------------------------x

22-CV-3162 (PAE)

**SCHEDULING ORDER**

**ONA T. WANG**, **United States Magistrate Judge:**

The Court is in receipt of the parties' joint submission at ECF 58 requesting a settlement conference. It is now hereby:

**ORDERED** that an in-person Settlement Conference will be held on **Wednesday, May 15, 2024 from 2 p.m. to 5 p.m** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. Counsel shall review and comply with the Court's Individual Rules of Practice in Civil Cases § V upon receipt of this Order.

It is further **ORDERED** that the parties' Ex Parte Settlement Conference Summary Forms and Letters shall be submitted by **Wednesday, May 8, 2024.**

    **SO ORDERED.**

                                                                _s/ Ona T. Wang_

Dated: April 18, 2024                                               **Ona T. Wang**
     New York, New York                                 United States Magistrate Judge